IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| VS. | ) | CR. NO. 1:18-10021-STA |
| OLIVER MENDOSA-RODRIGUEZ, | ) ) ) | |
| Defendant. | ) | |

## ORDER ON CHANGE OF PLEA
## AND NOTICE OF SETTING

This cause came to be heard on September 7, 2018, Assistant United States Attorney, Jim Powell, appearing for the Government and the defendant, Oliver Mendosa-Rodriguez, appearing in person, and with counsel, Dianne Smothers.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **FRIDAY, DECEMBER 7, 2018 at 10:00 A.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 7th day of September, 2018.

s/ S. Thomas Anderson
CHIEF JUDGE, U. S. DISTRICT COURT